JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK GUERRERO,<br><br>  Plaintiff,<br><br>v.<br><br>GENERAL MOTORS LLC, a limited liability company; and DOES 1 through 10, inclusive,<br><br>  Defendants. | Case No. 8:23-cv-02496-CJC-JDE<br><br>*Honorable Cormac J. Carney*<br><br>**ORDER REMANDING CASE TO STATE COURT**<br><br>First Amended<br>Complaint Filed:  February 12, 2024<br>Complaint Filed:  November 15, 2023<br>Removed:  December 29, 2023<br><br>Trial Date:  Not Set<br><br>Orange County Superior Court<br>Case No. 30-2023-01363400-CU-BC-CJC |

1

## ORDER

On February 16, 2024, Patrick Guerrero ("Plaintiff") and General Motors LLC ("Defendant" or "GM"), by and through their counsel of record, filed a Stipulation of Maximum Damages Limit and to Remand Removed Action ("Stipulation"). Specifically, the Parties stipulated that because any and all of Plaintiff's damages shall never under any circumstance exceed $75,000.00, this court no longer has subject matter jurisdiction of Plaintiff's civil action as this case does not meet the minimum amount in controversy.

Based on the foregoing, the Court, therefore, ORDERS that this case be REMANDED to the Orange County Superior Court, Case No. 30-2023-01363400-CU-BC-CJC.

**IT IS SO ORDERED.**

Dated: February 20, 2024

_____
Honorable Cormac J. Carney
United States District Judge